**Order entered October 7, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00662-CR

## MARK RAYMOND HUTSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82014-2022**

## ORDER

Before the Court is appellant's October 3, 2022 motion to extend the time to file appellant's brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief filed by **November 14, 2022**.

/s/    ERIN A. NOWELL
           JUSTICE